ORIGINAL

LAW OFFICES OF JEROME ZAMOS
Jerome Zamos, State Bar No. 36246
5228 Campo Road
Woodland Hills, California 91364-1927
Telephone: (818) 348-7151
Facsimile: (818) 348-6095
email: zamoslaw@aol.com

Attorneys for DEBTOR
NORTH HOLLYWOOD HAMLIN STREET
DEVELOPER, LLC

FILED
JAN 28 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
By_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br><br>**NORTH HOLLYWOOD HAMLIN STREET DEVELOPER, LLC., A California Limited Liability Company**<br><br>DEBTOR<br><br>RICHARD MASSOUTH, an individual and ROBERT SELTZER, an individual;<br><br>Plaintiffs<br><br>NORTH HOLLYWOOD HAMLIN STREET DEVELOPER, LLC. A California Limited Liability Company; SEGUN ABEGUNRIN, an individual; IDUAMA KELLY-DOKUBO, an individual; and DOES 1-25 inclusive,<br><br>Defendants | Case No.: SV 08-18009 KT<br><br>Adversary No.<br><br>ASSIGNED TO<br>The Hon. KATHLEEN THOMPSON<br>United States Bankruptcy Judge<br>Courtroom 301<br><br>Chapter 11<br><br>NOTICE OF REMOVAL<br><br>[BK.RULE 9027]<br>[28 USC § 1452(a)] |

To: The Honorable Judges of the United States Bankruptcy Court for the Central District of California:

NOTICE IS HEREBY GIVEN that DEBTOR-IN-POSSESSION NORTH HOLLYWOOD HAMLIN STREET DEVELOPER, LLC. has elected to remove from the Superior Court of the State of California for the County of Los Angeles that cer-

tain action no BC397464 entitled RICHARD MASSOUTH and ROBERT SELTZER, Plaintiffs, vs. NORTH HOLLYWOOD HAMLIN STREET DEVELOPER, LLC etc. et al. Defendants based upon the following facts:

1.  Applicant/Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California on February 23, 1993 in Case No. ND 93-10636-RR, and remains as DEBTOR-IN-POSSESSION in said case.

2.  As of this date no order terminating the automatic stay in this action has been entered or has trustee been qualified in this case.

3.  Relief from the automatic stay under Bankruptcy Code 362(a)(3) has never been sought or requested by any party under the provisions of Bankruptcy Code § 362(d).

4.  Jurisdiction over the subject matter of the dispute in Action No. BC397464 currently pending in the Superior Court of the State of California for the County of Los Angeles is based upon the fact that said action seeks, amongst other things, to obtain orders effecting the ownership and possession of real property which is owned by DEBTOR and subject to disposition as part of the estate in this case under the provisions of Bankruptcy Code § 541.

5.  As a result of the facts set forth above the subject matter of the action currently pending in the Superior Court of the State of California for the County of Los Angeles is subject to the exclusive jurisdiction

| | |
|---|---|
| 1 | of this Court under 28 U.S.C. 1334(d). |
| 2 | 6. Pursuant to 28 U.S.C. S 1452 and Bankruptcy Rule |
| 3 | 9027, Debtor wishes to remove Action No. BC397464 from |
| 4 | the Superior Court of the State of California for the |
| 5 | County of Los Angeles Court to the United States |
| 6 | Bankruptcy Court for the Central District of California. |
| 7 | 7. Action No. BC397464 is a core proceeding involv- |
| 8 | ing issues which are subject to the jurisdiction of this |
| 9 | Court under 28 U.S.C. §§ 157(b)(2)(A)(B) (K). |
| 10 | 8. Debtor consents to entry of final orders or |
| 11 | judgment by a bankruptcy judge following a trial by jury |
| 12 | in this Bankruptcy Court but does not have knowledge as |
| 13 | to the remaining parties' position on such matters. |
| 14 | 9. A copy of the complaint filed in Action BC397464 |
| 15 | is attached as Exhibit "1" and is being filed with this |
| 16 | notice along with a current docket report attached here- |
| 17 | to as Exhibit "2". |

Dated: January 27, 2009

Respectfully submitted

LAW OFFICES OF JEROME ZAMOS

By: _____
Jerome Zamos, Attorneys for
Debtor NORTH HOLLYWOOD HAMLIN STREET
DEVELOPER, LLC.